THIS DEED, made January 11, 2010

BETWEEN Donald Kitson, Esq., 282 Helm Lane, Bay Shore, NY 11706 Referee duly appointed in the action hereinafter mentioned, Grantor, and

IFS Properties, LLC 1160 Jericho Turnpike, Suite 217, Huntington, NY 11743 Grantee,

**WITNESSETH** that the grantor, the referee appointed in an action between FV-1 and ELIZABET ARAUZ; et al, Defendants under Index No. 5130/2007 Suffolk County Supreme Court, One Court Street, Riverhead, New York, foreclosing a mortgage recorded on August 2, 2006, in the Office of the Clerk of the County of Suffolk, in Liber 21353 of Mortgages, at Page 175, in pursuance of a judgment entered at an IAS Term, Part 39 of the Suffolk County Supreme Court, on May 14, 2009, and in consideration of Two Hundred Twenty Nine Thousand and 00/100 ($229,000.00) Dollars paid by the grantee, being the highest sum bid at the sale under said judgment, does hereby grant and convey unto the grantee

Said premises known as and by the street address: 324 50th Street, Lindenhurst, NY 11757.

SEE SCHEDULE "A" ANNEXED HERETO AND MADE A PART HEREOF.

Said premises being and intended to be the same premises conveyed by Deed dated August 10, 2006 from Elizabeth Arauz and Alexander Ovalle, As Tenants in Common to Alexander Ovalle, As To A 99% Interest and Elizabet Arauz, As To 1% Interest recorded August 18, 2006 in Liber 12465 at page 332

**TO HAVE AND TO HOLD** the premises granted unto the grantee IFS Properties, LLC, and its assigns forever. Whenever the text requires, the singular number herein shall include the plural and all genders.

**IN WITNESS WHEREOF**, the grantor has set his hand and seal, the date first above written.

_[signature]_
Donald Kitson, Esq., Referee

STATE OF NEW YORK

COUNTY OF NASSAU

On the 11TH day of January in the year 2010, before me, the undersigned, a notary public in and for said state, personally appeared Donald Kitson, Esq., personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity that by his/her their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s), acted executed the instrument.

_[signature]_
NOTARY PUBLIC

Matthew J. Ornstein
Notary Public, State of New York
No. 01OR6061397
Qualified in Suffolk County
Commission Expires 7/18/2011

SCHEDULE "A"

51-00004868

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being at Lindenhurst in the Town of Babylon, County of Suffolk and State of New York, known and designated as Lot Numbers 53 and 54 In Block 99, on Sheet No. 4 on a certain map entitled, "Map of City of Breslau, (Welwood)" as Map No. 155, which said lots when taken together are bounded and described according to said map as follows:

BEGINNING at a point on the Northerly side of 50th Street distant 250.42 feet westerly from the corner formed by the intersection of the Westerly side of Catskill Avenue with the Northerly side of 50th Street;

RUNNING THENCE along the Northerly side of 50th Street North 78 degrees 55 minutes 20 seconds West 50.08 feet;

THENCE North 11 degrees 04 minutes 00 seconds East 100.16 feet;

THENCE South 78 degrees 55 minutes 20 seconds East 50.08 feet;

THENCE South 11 degrees 04 minutes 40 seconds West 100.16 feet to the Northerly side of 50th Street at the point or place of BEGINNING.


DISTRICT: 0100     SECTION: 204.00     BLOCK: 04.00     LOT: 019.000